## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 1:19-cr-** *112-01-LM* |
| **v.** | ) | |
| | ) | |
| **DENNIS ROBERTSON** | ) | |

### INFORMATION

The United States Attorney charges:

#### COUNT ONE
29 U.S.C. § 501(c)
Embezzlement of Labor Union Assets

Between on or about August 1, 2015, and continuing until on or about February 14, 2017,

in the District of New Hampshire, the defendant,

#### DENNIS ROBERTSON,

while employed as the Business Manager of a local labor union based in Hooksett, NH, which is

a labor organization engaged in an industry affecting commerce, did embezzle, steal and

unlawfully and willfully abstract and convert to his own use the moneys, funds, securities,

property, and other assets of the labor union in the approximate amount of $37,897.

In violation of Title 29, United States Code, Section 501(c).

SCOTT W. MURRAY
UNITED STATES ATTORNEY

Dated: May 29, 2019

By:    Charles L. Rombeau
Assistant U.S. Attorney