UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

**Dennis Robertson**
(Petitioner's Name)

Case No. **19-cr-112-01-LM**
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, **Dennis Robertson**, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **6/25/2019**

x _____
Signature of Petitioner

---

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other: _____

Date: **6-25-19**

_____
U.S. Magistrate Judge
District

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)